**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANITA LANGLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:18-cv-05797 |
| | ) | Honorable Jorge L. Alonso |
| v. | ) | |
| | ) | JURY DEMANDED |
| ASSOCIATED BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Defendant, Associated Banc-Corp d/b/a Associated Bank ("Associated Bank"), incorrectly sued as Associated Bank, by its attorneys, MWH Law Group LLP, pursuant to Federal Rule of Civil Procedure 26(c), respectfully moves this Honorable Court to enter an Agreed Confidentiality Order in this case, and in support thereof, states as follows:

1. In order to protect the confidential personal and business records and information and legitimate proprietary and privacy rights of the parties and persons not party to this litigation, Associated Bank respectfully moves this Honorable Court to enter the Agreed Confidentiality Order attached as Exhibit "1" to this motion.

2. Associated Bank has consulted with counsel for Plaintiff Anita Langley, who has no objection to this motion and has agreed to the Agreed Confidentiality Order attached as Exhibit 1.

3. Counsel for Plaintiff requested the addition to Paragraph 7 of the Agreed Confidentiality order for the reason that he "seeks to avoid any disputes that might arise concerning

use of documents in the event that the Court denies any motion to file any document designated 'confidential' under seal."

WHEREFORE, for the foregoing reasons, Defendant, Associated Banc-Corp d/b/a Associated Bank, respectfully requests that this Court enter the attached Agreed Confidentiality Order, and for any other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

ASSOCIATED BANC-CORP
D/B/A ASSOCIATED BANK

By: s/*Moyenda Mutharika Knapp*
One of Its Attorneys

Emery Harlan
Moyenda Mutharika Knapp
MWH Law Group LLP
150 North Michigan Avenue, Suite 2800
Chicago, IL 60601
Phone: (312) 734-1457
Email: emery.harlan@mwhlawgroup.com
Moyenda.Knapp@mwhlawgroup.com

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on December 19, 2018 using the CM/ECF system that will send notification of the filing to the following: rgonzale@kentlaw.edu and Jaz.park@kentlaw.edu, and I certify that I have sent by U.S. Mail the document to the following non-CM/ECF participants: N/A.

                                                             *<u>s/Moyenda Mutharika Knapp</u>*
                                                             Moyenda Mutharika Knapp
                                                              MWH Law Group LLP
                                                              150 North Michigan Avenue
                                                              Suite 2800
                                                              Chicago, IL 60601
                                                             Phone 312-734-1457
                                                             E-mail: Moyenda.Knapp@mwhlawgroup.com